# UNITED STATES DISTRICT COURT
для the
District of Maryland

| | |
|---|---|
| United States of America <br> v. <br><br> Malik Comedy-Baynes <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  22-mj-1158-MJM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 27, 2021  in the county of  Baltimore City  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Controlled Substances |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*natt otterson*

*Complainant's signature*

Special Agent Natt Otterson, HSI

*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  4/15/22

*Judge's signature*

City and state:  Baltimore, Maryland     Hon. Matthew J. Maddox, U.S. Magistrate Judge

*Printed name and title*